AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM A. JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 622-061

STATE OF GEORGIA; GEORGIA DEPARTMENT OF CORRECTIONS; EMANUEL WOMEN'S FACILITY; VICKY WINKFIELD, Warden; and NEILIA PHILLIPS, HR Tech,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 7, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's amended complaint is dismissed for failure to state a claim upon which relief can be granted, and this civil action stands closed.



| | |
|---|---|
| November 7, 2022 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020